FILED
CLERK, U.S. DISTRICT COURT

JAN 13 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PHILLIP ROSENBLUM,                 )   NO. ED CV 08-261-JVS(E)
                                   )
              Petitioner,          )
                                   )
     v.                            )   ORDER ADOPTING FINDINGS,
                                   )
JAMES YATES, Warden,               )   CONCLUSIONS AND RECOMMENDATIONS OF
                                   )
              Respondent.          )   UNITED STATES MAGISTRATE JUDGE
                                   )
_____)

     Pursuant to 28 U.S.C. section 636, the Court has reviewed the
Petition, all of the records herein and the attached Report and
Recommendation of United States Magistrate Judge.  The Court approves
and adopts the Magistrate Judge's Report and Recommendation.

     IT IS ORDERED that Judgment be entered denying and dismissing the
Petition with prejudice.

///
///
///
///

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2  the Magistrate Judge's Report and Recommendation and the Judgment

3  herein by United States mail on Petitioner and counsel for Respondent.

4

5      LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7       DATED:  _____ 1. 8. _____ , 2009.

8

9

10                                     JAMES V. SELNA

11                              UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28