FILED
CLERK U.S. DISTRICT COURT

JAN 13 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP ROSENBLUM, | NO. ED CV 08-261-JVS(E) |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES YATES, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _____, 2009.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE